IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VISUAL EFFECT INNOVATIONS, LLC,<br><br>                 Plaintiff,<br>   v.<br>NVIDIA CORPORATION,<br><br>                 Defendants. | Civil Action No. 2:16-cv-01345 |

**DEFENDANT NVIDIA CORPORATIONS**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NVIDIA Corporation ("NVIDIA"), hereby states as follows:

- NVIDIA has parent corporation; and

- No publicly held corporation currently owns 10% of more of NVIDIA's stock.

Dated: January 23, 2017.

                                                  Respectfully submitted,

                                                  By:  */s/ Aamir A. Kazi*
                                                          Aamir A. Kazi
                                                          Georgia Bar No. 104235
                                                          kazi@fr.com
                                                          FISH & RICHARDSON P.C.
                                                          1180 Peachtree Street NE
                                                          21st Floor
                                                          Atlanta, Georgia 30309
                                                          Telephone: (404) 892-5005
                                                          Facsimile: (404) 892-5002

                                                  Attorneys for Defendant
                                                  NVIDIA CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on January 23, 2017, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Aamir A. Kazi*
Aamir A. Kazi
