### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

VISUAL EFFECT INNOVATIONS, LLC,

      **Plaintiff,**

    **v.**

NVIDIA CORPORATION,

      **Defendant.**

**Case No. 2:16-cv-1345-JRG**

## STIPULATION TO TRANSFER ACTION

Pursuant to 28 U.S. Code §§ 1400 and 1404, and in light of the recent United States Supreme Court case, *TC Heartland LLC. v Kraft Foods Group Brands LLC,* 2017 WL 2216934 (May 22, 2017), Plaintiff Visual Effect Innovations, LLC. ("VEI"), and defendant NVIDIA Corporation ("NVIDIA") (collectively, "the Parties") file this Joint Stipulation to Transfer Venue to the United States District Court for the Northern District of California. The Parties respectfully show as follows:

    1.    VEI filed this lawsuit on December 1, 2016.

    2.    NVIDIA filed a motion to transfer this action to the Northern District of California on January 23, 2017 (Dkt. 7), which motion becomes moot upon the Court's granting of this transfer.

    3.    Pursuant to 28 U.S.C. § 1404(a), the Parties consent to the transfer of this action to the United States District Court for the Northern District of California.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court grant this

Joint Stipulation to Transfer this Action to the United States District Court for the Northern

District of California.

Dated:  May 30, 2017                          Respectfully submitted,

> By:  */s/ Aamir A. Kazi*
> Aamir A. Kazi
> Georgia Bar No. 104235/kazi@fr.com
> FISH & RICHARDSON P.C.
> 1180 Peachtree Street NE
> 21st Floor
> Atlanta, Georgia 30309
> Telephone: (404) 892-5005
> Facsimile: (404) 892-5002

> **ATTORNEYS FOR DEFENDANT**

Dated: May 30, 2017                          Respectfully submitted,

> LAW OFFICE OF RYAN E. HATCH

> By:  */s/ Ryan E. Hatch*
> Ryan E. Hatch (CA SB No. 235577)
> 13323 Washington Blvd., Suite 100
> Los Angeles, CA 90066
> Telephone: (310) 279-5076
> Facsimile: (310) 693-5328

> **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2017, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

> */s/ Aamir Kazi*
> Aamir Kazi